# In the United States Court of Federal Claims

No. 24-469C
(Filed: June 20, 2024)

* * * * * * * * * * * * * * * * * * * * * *

CAPITAL TECHNOLOGY GROUP, LLC,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * *

## ORDER

    For good cause shown, defendant's unopposed motion (ECF No. 31) to correct the administrative record to replace one document with an unredacted copy is granted. We deem the exhibit attached to the motion part of the Administrative Record as pages 1624-1625.

                                   s/Eric G. Bruggink
                                   ERIC G. BRUGGINK
                                   Senior Judge